# United States Bankruptcy Court
# Central District of California

**255 East Temple Street, Los Angeles, CA 90012**

## ORDER AND NOTICE OF DISMISSAL
## ARISING FROM CHAPTER 13 CONFIRMATION HEARING

**DEBTOR INFORMATION:**
Roberto Varias

**BANKRUPTCY NO.**  2:15−bk−18501−VZ

**CHAPTER**  13

**Last four digits of Social−Security or Individual Taxpayer−Identification (ITIN) No(s)., (if any):**   xxx−xx−4693
**Employer Tax−Identification (EIN) No(s).(if any):**   N/A
**Debtor Dismissal Date:** 11/18/15

**Address:**
5022 Loleta Avenue
Los Angeles, CA 90041

Pursuant to the court's findings and conclusions made at the confirmation hearing in this case,
IT IS ORDERED THAT:

(1)  debtor's bankruptcy case is dismissed; and

(2)  the court retains jurisdiction on all issues arising under Bankruptcy Code Sections 110, 329 and 362.

Dated: November 18, 2015

BY THE COURT,

**Kathleen J. Campbell**
Clerk of Court

(Form od13a VAN−150) Rev. 03/09

**18 / EW2**